■ In the Matter of RONALD T. LANDERS (Admitted as RONALD THEOPOLIS LANDERS), a Suspended Attorney. [716 NYS2d 554] —Motion granted and petitioner reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Sullivan, P. J., Nardelli, Williams, Tom and Mazzarelli, JJ.

■ In the Matter of JOSEPH PATRICK ALBANESE (Admitted as JOSEPH P. ALBANESE), an Attorney. [716 NYS2d 554] —Motion granted and the effective date of respondent's suspension extended to September 15, 2000. No opinion. Concur—Rosenberger, J. P., Ellerin, Rubin, Saxe and Friedman, JJ.